UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 08-228-HA |
| v. | INDICTMENT |
| OSCAR FRANCISCO MACIAS-OVALLE, <br> a.k.a. "Tijuana," <br> ALEJANDRO BELLO-CUEVAS, <br> ANGEL RAMIREZ-ARROYO, <br> ARTEMIO RAMIREZ-ARROYO, <br> a.k.a. "Temo," <br> FERNANDO MACIAS, JR., <br> a.k.a. "Freddy," <br> and, <br> JAIME CONTRERAS ESPINOZA, | 18 U.S.C. §§ 922(g)(5), 924(c) and 924(d) <br> 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), <br> 841(b)(1)(C), 846 and 853 <br> 28 U.S.C. § 2461(c) <br><br> Under Seal |
| Defendants. | |

THE GRAND JURY CHARGES:

Count 1
[Conspiracy to Distribute and Possess with Intent to
Distribute Methamphetamine, Cocaine and Heroin]

From approximately July 19, 2007, the exact date being unknown to the grand jury, and continuing through May 14, 2008, in the District of Oregon and elsewhere, **OSCAR FRANCISCO MACIAS-OVALLE, a.k.a. "Tijuana," ALEJANDRO BELLO-CUEVAS, ANGEL RAMIREZ-ARROYO, ARTEMIO RAMIREZ-ARROYO, a.k.a. "Temo," FERNANDO MACIAS, JR., a.k.a. "Freddy," and JAIME CONTRERAS ESPINOZA,** defendants herein, and other persons whose identities are known and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree to achieve the following objects of the conspiracy:

### Objects of the Conspiracy

A.  **Methamphetamine**: to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

B.  **Heroin**: to distribute and possess with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and,

C.  **Cocaine**: to distribute and possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

all in violation of Title 21, United States Code, Section 846.

### Count 2
### [Possession with the Intent to Distribute Methamphetamine]

On or about May 13, 2008, in the District of Oregon, **OSCAR FRANCISCO MACIAS-OVALLE, a.k.a. "Tijuana,"** defendant herein, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### Count 3
### [Possession with the Intent to Distribute Methamphetamine on Premises Where Children Reside]

On or about May 13, 2008, in the District of Oregon, **OSCAR FRANCISCO MACIAS-OVALLE, a.k.a. "Tijuana,"** defendant herein, did knowingly and intentionally possess with the

Page 2 - Indictment

intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as alleged above in Count 2, on premises in which one or more individuals under the age of 18 years was present, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 860a.

**Count 4**
**[Possession of a Firearm in Furtherance of a**
**Drug Trafficking Crime]**

On or about May 13, 2008, in the District of Oregon, **OSCAR FRANCISCO MACIAS-OVALLE, a.k.a. "Tijuana,"** defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Cocaine and Heroin, as set forth in Count 1, and Possession with the Intent to Distribute Methamphetamine, as set forth in Count 2, did knowingly possess one or more of the following firearms:

    A.    SKS 7.62 caliber assault style rifle with serial number 55705-2002;

    B.    Winchester 12 gauge shotgun, serial number 1220402;

    C.    Sig Sauer .45 caliber semi-automatic handgun, model P220, serial number G157895; and,

    D.    Ruger .45 caliber semi-automatic handgun, model P90DC, serial number 562-49016;

all in violation of Title 18, United States Code, Section 924(c).

///

///

///

## Count 5
### [Alien in Possession of a Firearm]

On or about May 13, 2008, in the District of Oregon, **OSCAR FRANCISCO MACIAS-OVALLE, a.k.a. "Tijuana,"** defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess the following firearm(s):

    A.    SKS 7.62 caliber assault style rifle with serial number 55705-2002;

    B.    Winchester 12 gauge shotgun, serial number 1220402;

    C.    Sig Sauer .45 caliber semi-automatic handgun, model P220, serial number G157895; and,

    D.    Ruger .45 caliber semi-automatic handgun, model P90DC, serial number 562-49016,

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(5).

///

///

///

Page 4 - Indictment

## Criminal Forfeiture Allegation
### [Controlled Substance Offense]

Upon conviction of a controlled substance offense listed above in Counts 1, 2, and 3, **OSCAR FRANCISCO MACIAS-OVALLE, a.k.a. "Tijuana," ALEJANDRO BELLO-CUEVAS, ANGEL RAMIREZ-ARROYO, ARTEMIO RAMIREZ-ARROYO, a.k.a. "Temo," FERNANDO MACIAS, JR., a.k.a. "Freddy," and JAIME CONTRERAS ESPINOZA,** defendants herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

///

///

///

## Criminal Forfeiture Allegation
### [Firearm Offense]

Upon conviction of a firearm offense alleged above in Counts 4 and 5 of this indictment, **OSCAR FRANCISCO MACIAS-OVALLE, a.k.a. "Tijuana,"** defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and all ammunition involved in that offense, including without limitation:

- A. SKS 7.62 caliber assault style rifle with serial number 55705-2002;
- B. Winchester 12 gauge shotgun, serial number 1220402;
- C. Sig Sauer .45 caliber semi-automatic handgun, model P220, serial number G157895; and,
- D. Ruger .45 caliber semi-automatic handgun, model P90DC, serial number 562-49016.

DATED this 14 day of May 2008.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:
KARIN J. IMMERGUT
United States Attorney

JANE H. SHOEMAKER, CSBN 125815
Assistant United States Attorney

SCOTT M. KERIN, OSB #96512
Assistant United States Attorney

Page 6 - Indictment